IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KIMBERLY LAWS | § | |
| v. | § | CIVIL ACTION NO. 6:12CV328 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's social security case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court, pursuant to Fed. R. Civ. P. 41(b) and Rule 41 of the Local Rules for the Eastern District of Texas; and for failure to provide timely service of summons and complaint pursuant to Fed. R. Civ. P. 4(m). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that this social security case **DISMISSED** without prejudice for failure to obey an order and failure to prosecute, Fed. R. Civ. P. 41(b) and Rule 41, Local Rules for the Eastern

District of Texas, and for failure to provide timely service, Fed. R. Civ. P. 4(m).   It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 22nd day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE